

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

A.H. Farms, LLC, a Texas Limited
Liability Company, Appellant

No. 06-22-00081-CV      v.

Star Creek Co., Eric H. Farley, Individually
and as the Successor Independent Executor
of the Estate of Patricia Farley Hernandez,
Deceased, Gary D. Corley, John Henry
Skotnik, Court Appointed Successor
Dependent Administrator with the Will
Annexed/Attached of the Estate of Efrin
Arturo Hernandez, Deceased, and W.M.
Davis and Mary H. Davis, Appellees

Appeal from the 336th District Court of
Fannin County, Texas (Tr. Ct. No. CV-20-
44563). Memorandum Opinion delivered
by Justice Rambin, Chief Justice Stevens
and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, A.H. Farms, LLC, a Texas Limited Liability Company, pay all costs incurred by reason of this appeal.

RENDERED AUGUST 2, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk